Case 7-21-cr-00502-PMH Document 23 Filed 01/31/22 Page 1 of 1
Case 7:21-cr-00502-PMH Document 28 Filed in NYSD on 04/28/2022 Page 1 of 1

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                           -v-

Max Lamarche,
                           Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-502 (PMH)

Defendant __Max Lamarche_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

       Permission given by Mr. Lamarche to counsel to sign on his behalf.

__/S/Max Lamarche_____           __[signature]_____
Defendant's Signature                               Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Max Lamarche_____           __Sean M. Maher_____
Print Defendant's Name                           Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

__1/31/22_____           __[signature]_____
Date                                       U.S. District Judge/U.S. Magistrate Judge