March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Max Lamarche,

        Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-502 (PMH)

Defendant ___Max Lamarche___ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

    Permission given by Mr. Lamarche to counsel to sign on his behalf. SA

/S/Max Lamarche
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Max Lamarche
Print Defendant's Name

SA
Defense Counsel's Signature

Sean Maher
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

_5/19/22_
Date

_____
U.S. District Judge/U.S. Magistrate Judge