March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

Max Lamarche,

          Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-502 (PMH)

Defendant ___Max Lamarche___ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

    Permission given by Mr. Lamarche to counsel to sign on his behalf. SA

___/S/Max Lamarche___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___SA___
Defense Counsel's Signature

___Max Lamarche___
Print Defendant's Name

___Sean M. Maher___
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

___8/3/22___
Date

___[signature]___
U.S. District Judge/U.S. Magistrate Judge