# THE LAW OFFICES OF SEAN M. MAHER, PLLC

October 3, 2022

> Granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 4, 2022

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Cruz et al. (Max Lamarche)*, 21 Cr. 502 (PMH)

Dear Judge Halpern:

On behalf of defendant Mr. Max Lamarche, I respectfully write to request that the October 5, 2022 deadline for the filing of all defense motion reply submissions be extended until October 11, 2022. The defense needs the additional few days to adequately prepare its reply submissions to the government's response. Mr. Samuel Braverman, Esq., counsel for codefendant Roharil Cruz, joins in this request on behalf of Mr. Cruz.

I have conferred with the government concerning the defense's deadline extension request and have been informed by AUSA Jennifer Ong that the government has no objection to the defense's request.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Max Lamarche*

cc:  All counsel via ECF