UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Max Jose Lamarche**,
          Defendant.

-----------------------------------------------------------x

**SCHEDULING ORDER**

7-21-cr-000502-2 PMH

The Court has scheduled a Change of Plea Hearing on <u>April 6, 2023 at 2:30 p.m.</u> in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 31, 2023

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J