# THE LAW OFFICES OF SEAN M. MAHER, PLLC

---

> Application granted. Defendant's sentencing has been adjourned to February 6, 2024, 2023 at 3:30 p.m. in courtroom 520. Any written submissions by defendant shall be filed by January 16, 2024, and the government's submission shall be filed by January 23, 2024.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          August 29, 2023

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Max Lamarche*, 21 Cr. 502 (PMH)
    Defense request to adjourn sentencing hearing

Dear Judge Halpern:

    On behalf of defendant Mr. Max Lamarche, I respectfully write to request that the sentencing hearing currently scheduled for September 26, 2023 be adjourned to a date after November 6, 2023, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court. The reason for this request is that I am still in the process of collecting mitigation material on behalf of Mr. Lamarche.

    I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Benjamin Klein that the government has no objection to the defense's request.

                                                Respectfully submitted,

                                                _____/S/_____
                                                Sean M. Maher
                                                *Counsel for Max Lamarche*

cc:     All counsel via ECF